# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 02-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JACKIE MARIE HUDSON,

    Defendant.

## ORDER DENYING MOTION BY DEFENDANT JACKIE HUDSON TO TERMINATE SUPERVISED RELEASE

**Blackburn, J.**

The matter before me is the **Motion By Defendant Jackie Hudson To Terminate Supervised Release** [#244] filed May 10, 2006. I deny the motion.

A motion for early release is tantamount to a motion seeking modification of conditions of supervised release. As such, the motion is governed by 18 U.S.C. § 3583(e)(1), which provides,

> (e) Modification of conditions or revocation.--The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) --
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

In turn, under the Federal Rules of Criminal Procedure, modification of probation is governed by Rule 32.1, which provides,

(c) Modification.
(1) In General. Before modifying the conditions of probation or supervised release, the court must hold a hearing, at which the person has the right to counsel.
(2) Exceptions. A hearing is not required if:
(A) the person waives the hearing; or
(B) the relief sought is favorable to the person and does not extend the term of probation or of supervised release; and
(C) an attorney for the government has received notice of the relief sought, has had a reasonable opportunity to object, and has not done so.

However, after considering the record and the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), I am not satisfied that a termination of supervised release is warranted by the conduct of the defendant.

**THEREFORE, IT IS ORDERED** that the **Motion By Defendant Jackie Hudson To Terminate Supervised Release** [#244] filed May 10, 2006, **IS DENIED**.

Dated October 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**